# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**CLIFFORD A. NEY,**

        Plaintiff,

    V.                  CASE NUMBER: **10-C-559**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the Commissioner of the Social Security Administration's denial of benefits is REVERSED.**

**Tis matter is REMANDED to the Commissioner of the Social Security Administration for further proceedings pursuant to 42 U.S.C. § 405(g) (sentence four).**

**This action is hereby DISMISSED.**

    **January 28, 2011**                               **JON W. SANFILIPPO**
Date                                                   Clerk

                                                          s/ Linda M. Zik
                                                          (By) Deputy Clerk